JLS

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

RECEIVED
FEB 10 2020

Case No. **20 781**

(to be filled in by the Clerk's Office)

Robert Merritt

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Rimmer Et Al

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Merritt

All other names by which you have been known:

ID Number: 12130

Current Institution: Northhampton County Prison

Address: 666 Wallnut Street

Easton     PA     18042
City        State       Zip Code

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Rimmer # 415

Job or Title (if known): Officer

Shield Number:

Employer: Bethlhem Police or    or City

County of Bethlem   Bethlhem

Address: Bethlem     PA
City        State      Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name: Coris # 419

Job or Title (if known): Officer

Shield Number:

Employer: Bethlem Police

County or City

Address: Bethlpolce    PA    Penslgru
City       State     Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
 Name    _Schweizer # 386_
 Job or Title *(if known)* _Oflur_
 Shield Number
 Employer
 Address   _County or City Bethem Polic_
     _Bethem_ _PA_ _number_
      City  State  Zip Code

Delendit No 5
The City

☐ Individual capacity ☑ Official capacity

Defendant No. 4
 Name    _County of Bethem_
 Job or Title *(if known)* _County_
 Shield Number
 Employer
 Address.

Dehedit NO 6
qnt here
Supurvisor

     _Betheme_ _PA_
      City  State  Zip Code

☑ Individual capacity ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

*N/A*

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ Cint Nember _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

dont Know

3.   Docket or index number       dont Know

4.   Name of Judge assigned to your case       don;t Kan

5.   Approximate date of filing lawsuit       dontt Know

6.   Is the case still pending?

☐ Yes       Cint Nember

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

dont Know

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No   dont know

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
    Plaintiff(s)   _____ dont know them in jail _____
    Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

    _____ dont know _____

3.   Docket or index number   dont kn

4.   Name of Judge assigned to your case   The Same as befor

5.   Approximate date of filing lawsuit   I dont know

6.   Is the case still pending?
    ☐ Yes   dont know.
    ☐ No

    If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2 /5 / 2020

Signature of Plaintiff         _Ricky Merritt_

Printed Name of Plaintiff      _Richard Merritt_

Prison Identification #        _12130_

Prison Address                 _666 Walnut St_
                               _Leslu_              _PA_    _17042_
                                    City            State   Zip Code

B.   For Attorneys

Date of signing: _____        dont does not Have Attorny

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Address                        _____
                               _____
                                    City            State   Zip Code

Telephone Number               _____

E-mail Address                 _____

10 pages
of my paper work

To the Clerk of the
United State District Court
for the Easton District of
Pennsylvania

Also
Please Send
me one copy back
This Jail wont
make Any Copys for me
a Courtise cops plesa
Thank you

I Robert Merritt is Homeless with a
Mailing Adress IN Allentown PA 18101 it is
1101 Hemilton St suit 125 it is Just a mailing Adress
I am Currenly IN Northumpton County Prison now
My living Condition dose not Allow me to answer
to the Judges order on time or properly due
to living on the Steet Having no wear to go
This is a burden on me and a Hard ship
and this is a lot on my Mental It is difficul
to kee Coup being Unstable
So I ask This Court to Refill This
as a New Complant and I had all Reedy
Had A IFP for the old one and Allow
me to use it for this one and I ask this
Court to grant me relief in my fevor
The old docket No is 18-cv-2910        The Court are not supose to
                                        Cause A Burden on the citizen



JLS

IN The UNITED STATES District Court
for the
Eastern District of Pennsylvania

Robert Merritz 12130                    Docket no
        vs.                              20      781

① Rimmer # 415
② Coris # 419
③ Schwalzer # 386.
④ County of Bealtham
⑤ City of Bealtham
⑥ and there supervisor

To The Honorable Judge

Reeson UN Constitutional

I Resved all right
TO Amend complaint
ane Refile

# Affidaviti of TRUTH (P1)

On or about may 20, 2019 The defendent's stop me
without a werrent Knowilly willfully and INtenhonsly
deprived me of my Constitutional Rights I wes ~~~~
Illegaly detain for over 30 min or more for this
Un wanted Stop The defendent Rimoner Claim
He stop me for A driver side ~~view~~ View ~~mirror~~ mirror that wes crack
The moter ~~vehi~~ Vehicle Book of PA Codes there wes another mirror IN place of the crack
Says that you are allowed to have any two mirror one
~~one~~ ~~out~~ on your ~~o~~ Car So this means that this overlapping the crack
does Not Cause any danger to the public or nor
the Driver ~~~~~~ ~~~~~~~~~~ This is
~~o~~. Not a TRAffic violation so aging My Constitutional
Right to travel ~~be~~ freely without INfringment has
been violated These ~~~~ defendant Have Converted my
Right INto A Crime and the State ~~can~~ can
not convert A Right INto A Crime without
a werrent This is Unconstitutional also the
Claim of The ~~Exe~~ Excersising of A Constitutional
Right ~~Can~~ Not be ~~Convere~~ Converted IN to a Crime
IN which this wes done A WroN full doing and
~~wes wronfull~~ ~~~~ by fluse defendents,

I was force INto Servitude once stop and subjected to a werrentless stop
I wes stop by the defendnts
Unconstitutionaly

also for a crime to ~~Cost~~ Exist There must be (12)
be an Injured Party if there is no Injured
Party There is ~~Pop~~ No Crime the only Injure
Party was me from the ~~deff~~ defendents violeting
my Constitutional Rights and depriving me from traviling
Infringment agin the Stop was unwented and UN Reesenoble
stoping me from doing ~~business toy tires~~
Bissness and teking Care of my Responsiblety
I was deprived of that
also I was Sexualy Assulted ~~& Sexuly dless~~
       Sexualy Harrassed  I was put in grewfear of my life
                                              I was scird to death
              by the defendant Rimmer This issue
was Never adress by the Courts also In the LAW Dictionary
It say the meening of an Assut is a touch ~~Toch~~
That is Assult I was Assulted 3 ways by touch and
Sexualy all of the defendant were ~~with~~ or of
Cocesian Rece This is prejudice and Recide ~~discrimor~~!
                                                      wite
Ceanse I was Black to stop A Black man        discriminatin
which is true this need to be Investergated    and Bias
INU sted of Serving me or protecting me where't am Supose to
~~A to to th~~ Have Equal Protion of the LAW and this
was Unconshinal I was Sierd for my life I thought
I would be ~~Hard~~ Harmed for this Illegal Stop
The minit I was Illegaly stop I had to before
to submitt to the Encrochment unwented Contect
~~this~~ This is INVolentery servitude I did not wented
to be bother This was all agenst hy will

See monell v Dept of Soc. Servs. 436 U.S. 658. 690. 98 S Ct 2018. 2035-36, 56 L. Ed. 2d 611. 635 (1978) (holding that Municipalities and local goverments. Are Considered "Person" Under Section 1983)

See Hafer v. melo 502 U.S. 21. 31. 112 S. Ct 358. 365. 116 L. Ed. 2d 301. 313 (1991) (finding State officials Sued in their Individual Capacities to be "Person" Within the meaning of Section 1983. and not absolutely Immune from Personal liability or barred from being Sued Under the Eleventh Amendment

see Bd of the City Commi'rs v. Brown 520 U.S. 397, 411. 117 S Ct 1382, 1392. 137, L. Ed 2d 626. 644 (1997) holding that a municipality may be liable for hiring decisions under a deliberate indifference standard if a adequate screening of the Employee alleged to have violated the plaintiff's Rights Would have made it clear to a reasonable Policymaker that hiring the employee was highly likely to result in the particular type of Constitutional Violation alleged by the plaintiff

also, City of Canton v Harris. 489 U.S. 378-39. 109 S Ct. 1197. 1204-05 103 L Ed 2d 412. 426-27 (1989)

holding that a city could be liable Under Section 1983 for failing to train Employee if the failure amounted to deliberate

Constitutional Rights are guaranteed by the US

Constitution allow me to Sue ~~who~~ Someone who
Violates my Rights if the Person is acting
Under Color of law meaning the defendant was
acting under the State's authority
The Supreme Court has ruled that most of
Its guarantees also protect Citizens against
State governments.
See Ingraham V. Wright, 430 U.S. 651, 673 n. 42, 97 S.
Ct. 1414 n. 42, 51 L. Ed. 2d 711, 731 n. 42 (1977)(noting
That the fourth Amendment was Incorporated against
The States by the fourteenth Amendment)
See ~~~~, Monroe V. Pape, 365 US. 167, 174, 81 S Ct. 473,
477, 5 L. Ed. ~~~~ 2d 492, 498 1961
Monroe V, Pape, 365 US. 167, 173-74, 81 S. Ct 473, 477,
5 L. Ed 2d 492, 498 (1961)
also I Have a right to be free from assult from
~~the defendent~~ defendant Rimmer
Burns v. Reed 500 U.S. 478, 495-96, 111 S. Ct 1934, 1944-45
114 L Ed 2d 547, 564-65 (1991) See Supreme Court V. Consumers
Union of the U.S. 719, 736, 100 S. Ct 1967, 1977, 64 L. Ed 2d
641, 656 (1980) (Injunctive Relief)

Monell V. NY. City Dept, of Social Servs. 436 U.S 658, 98 S. Ct.
2018, 56 L. Ed 2d 611 (1978)

(9) p

Suits for INjunctive relief against state officials
IN their official capacities are said to fell within
The Exparte young doctrine. Exparte young the supreme
Court said that State officials can be sued for an
INjunction IN federal Court even though the state
Itself ~~Itself~~ be sued. Exparte young. 209 U.S 123, 155-56, 28 S.Ct.
Cannot 441, 452. 52 L. Ed. 719 (1908)

JLS

IN The United States District Court
for the
Eastern District of Pennsylvania

MOTION for DISCOVERY
and the Body Cams of
The Incident or event

Robert Merill
VS
Nimmer ETAL

Docket nov
20      781

To Judy     On the or about May 20, 2018 I ask This Court
Neumon;     to order the body Cams of the Incentions or
            the event everything that Happen that day
            To be sent to the Judy for Review and
            To the Plaintff and any and all Statement
            to made by defenders defendents all
            Merthrile everything IN there Possion to
            be sent to the Judge and me

JLS

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**2 0**    **781**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____666 Walnut Street, Easton, PA 18042_____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____Northampton_____

---

**RELATED CASE, IF ANY:**

Case Number: _20- 739_          Judge: _Schmehl_          Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?          Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?          Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _02/10/2020_          _Daniel McCaronL_          _____
                              *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights     550
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
      *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____          _____          _____
                          *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

JLS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Merritt | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. **2 0**     **781** |
| Rimmer, et. al. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  (☐)

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  (☐)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (☐)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  (☐)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.  (☐)

(f) Standard Management – Cases that do not fall into any one of the other tracks.  **550** (☒)

| | | |
|---|---|---|
| FEB 1 0 2020 | Daniel McGovern | |
| **Date** | **Deputy Clerk** | **Attorney for** |
| | | |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

Robert Merritt 12130

neopost
02/07/2020
US POSTAGE $001.40

ZIP 18042
041M12251054

cUnited States Di
For the Eastern District of Pennsylvania
601 Market St
Philadelphia PA 19106

**INMATE MAIL** This correspondence is from
a County Jail and the sender is an inmate.
The contents have not been evaluated.
Northampton County Jail is not responsible
for the contents or debts incurred.

1910681796 C019